IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WENDOLYN LEE,

    Petitioner,

v.

                                                    No. 2:22-cv-2287-MSN-tmp

FLOYD BONNER, ET AL.,

    Respondents.

## ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

Petitioner Wendolyn Lee[1] petitioned for habeas relief under 28 U.S.C. § 2254 in the United States District Court for the Eastern District of Louisiana. (ECF No. 3.) Magistrate Judge Janis van Meerveld then transferred the case to the Western District of Tennessee.

Before Judge Meerveld transferred the case, Petitioner moved to proceed *in forma pauperis*. (ECF No. 4.) Petitioner's trust account contained less than twenty-five dollars ($25.00) at the time his motion to proceed *in forma pauperis* was filed. For good cause shown, the petitioner's motion to proceed *in forma pauperis* is **GRANTED.**

**IT IS SO ORDERED,** this 9th day of May, 2022.

                                               *s/ Mark Norris*
                                               MARK S. NORRIS
                                               UNITED STATES DISTRICT JUDGE

---

[1] Petitioner is an inmate at the Shelby County Criminal Justice Center in Memphis, Tennessee. His booking number is 18103194.